# ASK LLP
### ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　New York, NY 10165
651-406-9665　　　212-267-7342

| | |
|---|---|
| Defendant: | **Daniel J. Edelman, Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112659 | $53,000.00 | 2/24/2023 | 100366969 | 11/10/2022 | $53,000.00 |
| **Totals:** | | **1 transfer(s),** | **$53,000.00** | | | | |